# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| IH 1, Inc., et al., | Case No.: 09-10982 (PJW) |
| Debtors, | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee, | |
| Plaintiff, | |
| v. | Adv. Proc. No.: 10-52279 (PJW) |
| SUN CAPITAL PARTNERS, INC., et al. | |
| Defendants. | Re: Adv. Docket Nos. 1, 3 & ____ |

## ORDER APPROVING STIPULATION
## EXTENDING TIME TO RESPOND TO COMPLAINT

Upon review and consideration of the *Stipulation Extending Time to Respond to Complaint*, dated September 1, 2010 (the "Stipulation") attached hereto as Exhibit A, and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Stipulation is hereby APPROVED.

2. The time for Defendants to answer, move, or otherwise respond to the allegations of the Complaint is hereby extended an additional thirty days until and including October 4, 2010.

3. The parties to the Stipulation are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

RLF1 3603529v. 1

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

Dated: September ____, 2010
       Wilmington, Delaware

                                                              THE HONORABLE PETER J. WALSH
                                                              UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| IH 1, Inc., et al., | : | Case No.: 09-10982 (PJW) |
|               Debtors, | : | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee, | : | |
|               Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 10-52279 (PJW) |
| SUN CAPITAL PARTNERS, INC., et al. | : | |
|               Defendants. | : | |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between George L. Miller, Chapter 7 Trustee, and certain of the Defendants, subject to Court approval, that the time for all Defendants to answer, move, or otherwise respond to the allegations of the Complaint is hereby extended an additional thirty days until and including October 4, 2010.

RLF1 3603529v. 1

<table>
<tr><td>

*[signature]*

Peter C. Hughes
DILWORTH PAXSON LLP
One Customs House, Suite 500
704 King Street
P.O. Box 1031
Wilmington, Delaware 19801
Telephone: (302) 571-9800
Facsimile: (302) 571-8875

-and-

Maura Fay McIlvain
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

Attorneys for George L. Miller, Chapter 7 Trustee

Dated: September 1, 2010

</td><td>

*[signature]*

Daniel J. DeFranceschi (No. 2732)
Drew G. Sloan (No. 5069)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

John F. Hartman. P.C.
Michael A. Duffy
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Sun Capital Partners, Inc., Sun Indalex, LLC, Sun Indalex Finance LLC, Sun Capital Partners III, QP, LP, Sun Capital Partners IV, LP, Sun Capital Partners Management III, LP, Rodger Krouse, Marc Leder, Michael Alger, Clarence "Bud" Terry, M. Steven Liff, David Finnigan, and Lynn R. Skillen

Dated: September 1, 2010

</td></tr>
</table>