IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: IH 1, *et al.*, | CASE NO. 09-10982-PJW |
| Debtors. | |
| George L. Miller, Plaintiff, | ADVERSARY NO. 10-52279-PJW |
| v. | |
| Sun Capital Partners, Inc., et al., Defendants. | JURY TRIAL DEMANDED |
| | D.I. 227 |

## ORDER

AND NOW this __15__ day of __Nov.__, 2013, upon consideration of Plaintiff's Motion Pursuant to Local Rule 5011-1, and the Opposition thereto, if any, it is **HEREBY ORDERED AND DECREED** that, for the reasons set forth in this Court's letter of October 4, 2013, the Bankruptcy Court does not have authority to enter final orders and judgments over this proceeding.

_____
Walsh, J.