**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

*If transmitting an Adversary matter, complete the following section:*

**Adversary Case # :**  10-52279

**Related Bankruptcy Case #:**  09-10982

**District Court Civil Action #:**

**Deputy Clerk Transferring Case:**  Nicki Barksdale

**Nature of Suit:**  13 Recovery of Money/Property - 548 Fraudulent Transfer

**Cause of Transmittal:**  (Withdrawing the Reference to the U.S. District Court)

**Parties:**  IH 1, et al., George L. Miller v Sun Capital Partners, Inc., et al.,

**Name of Plaintiff's Counsel:**    Jesse N. Silverman

**Name of Defendant's Counsel:**  Michael A. Duffy

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

*If transmitting a Bankruptcy matter, complete the following section:*

**Bankruptcy Case #:**

**District Court Civil Action #:**

**Deputy Clerk Transferring Case:**

**Cause of Transmittal:**

**Parties:**

**Name of Debtor's Counsel:**

**Name of Movant's Counsel (if represented):**